UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARLENE SRONCE,

    Plaintiff,

v.

MIKE LEAVITT, Secretary of Health and Human Services,

    Defendant.

Case No. 05-cv-4028-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the "Dismissal Pursuant to Settlement" (Doc. 9) which the Court construes as a motion to dismiss pursuant Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case from all the parties. The Court **GRANTS** the motion (Doc. 9), **DISMISSES** this action **with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  December 1, 2005**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**