UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARLENE SRONCE,<br><br>      Plaintiff,<br><br>  v.<br><br>MIKE LEAVITT, Secretary of Health and Human Services,<br><br>      Defendant. | Case No. 05-cv-4028-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                                NORBERT JAWORSKI

Dated:  December 1, 2005                           **s/ Judith Prock, Deputy Clerk**

Approved:    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**